PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

July 30, 2020

<u>**Via CM/ECF**</u>
Hon. Freda L. Wolfson, U.S.C.D.J.
United States District Court
402 East State Street
Trenton, NJ 08608

  Re: *United States of America v. State of New Jersey, et al.*
     Civil Action No. 20-1364-FLW-TJB
     <u>Joint Request to Adjourn Motion to Dismiss Briefing Deadlines</u>

Dear Chief Judge Wolfson:

  In this matter, New Jersey's motion to dismiss the United States' complaint (Dkt. 10) is currently returnable on August 17, 2020. Counsel have conferred today. In light of yesterday's decision by this Court in the related matter of *County of Ocean, et al. v. Gurbir S. Grewal, et al.*, 19-18083 (FLW), and due to issues with workload/scheduling (including the anticipated handling of other emergent matters in this District and elsewhere, and preplanned vacation, in August), counsel for the United States and New Jersey jointly and respectfully request adjournment of the remaining briefing deadlines for this motion, as follows:

1. The United States' opposition shall be due by **August 17, 2020**.
2. New Jersey's reply shall be due by **August 31, 2020**.

  The parties thank the Court for its consideration of this matter and for any relief it can provide.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2776 • FAX: (609) 633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: <u>/s/ Daniel M. Vannella</u>
Daniel M. Vannella (0159222007)
Assistant Attorney General

cc: All counsel of record

**SO ORDERED.**

**DATED: 8/11/2020**

<u>**/s/ Freda L. Wolfson**</u>
**Chief Judge, U.S. District Court**

July 30, 2020
Page 3