# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : : | |
| Plaintiff, | : : | Civil Action No. 20-1364 (FLW) (TJB) |
| v. | : : : | |
| THE STATE OF NEW JERSEY; PHILLIP D. MURPHY, in his Official Capacity as Governor of the State of New Jersey; GUBRIR S. GREWAL, in his Official Capacity as Attorney General of New Jersey, | : : : : : : : | **ORDER** |
| Defendants. | : : | |

**THIS MATTER** comes before the Court on a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Daniel M. Vanella, Esq., counsel for Defendants Phillip D. Murphy, Gubrir S. Grewal, and the State of New Jersey ("Defendants"); it appearing that Plaintiff the United States of America, through its counsel, Joseph J. DeMott, Esq., opposes the Motion; it appearing that additionally pending before the Court are five separate Motions for Leave to Appear as *Amicus Curiae* filed by (1) the City of New York and 18 Other Local Governments, (2) Current and Former Prosecutors and Law Enforcement Leaders, (3) the District of Columbia, (4) the American Civil Liberties Union of New Jersey, and (5) Administrative, Constitutional, Immigration, and Criminal Law Scholars; the Court having reviewed the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, for the reasons set forth in the Opinion also filed on this date, and for good cause shown,

**IT IS** on this 26th day of January, 2021,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Motions for Leave to Appear as *Amicus Curiae* (ECF Nos. 12, 13, 14, 15, 17) are **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge
